UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER NED, | No. 2:05-cv-2584-MCE-DAD |
|     Plaintiff, | |
|   v. | |
| MERCK & COMPANY, INC., and MCKESSON CORPORATION, | |
|     Defendants. _____/ | |
| JOHN NEAL and BETTY NEAL, | No. 2:06-cv-0675-GEB-PAN |
|     Plaintiffs, | |
|   v. | |
| MERCK & CO., INC. and MCKESSON CORPORATION, | |
|     Defendants. _____/ | |

    The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  See Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATE: April 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE