|    |                                                      |                              |
|----|------------------------------------------------------|------------------------------|
| 1  |                                                      |                              |
| 2  |                                                      |                              |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICIA LOVE,                          No. 2:05-cv-2140-MCE-PAN

      Plaintiff,

  v.

MERCK & COMPANY, INC., and
MCKESSON CORPORATION,

      Defendants.
_____/

JOHN NEAL and BETTY NEAL,               No. 2:06-cv-0675-GEB-PAN

      Plaintiffs,

  v.

MERCK & CO., INC. and
MCKESSON CORPORATION,

      Defendants.
_____/

    The Court has received the Notice of Related Cases concerning the above-captioned cases filed.  <u>See</u> Local Rule 83-123, E.D. Cal. (1997).  The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1 | This order is issued for informational purposes only, and shall
2 | have no effect on the status of the cases, including any previous
3 | Related (or Non-Related) Case Order of this Court.
4 |         IT IS SO ORDERED.
5 | DATE: April 21, 2006

```
                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE
```